RECEIVED

IN THE UNITED STATES DISTRICT COURT

08 APR 23 FOR THE MIDDLE DISTRICT OF GEORGIA

MACON DIVISION

U.S. DISTRICT COURT
MIDDLE DIST. OF GEORGIA
MACON, GEORGIA

FILED
U.S. DISTRICT COURT
MIDDLE OF GEORGIA

2008 APR 25  PH 2: 33

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| *ex rel.* GLENIS D. SANDERS and | ) |
| MELANIE C. LESTER | ) |
| | ) |
| Plaintiffs, | ) |
| v. | ) |
| | ) |
| KINDRED HEALTHCARE, INC. d/b/a | ) |
| WARNER ROBINS REHABILITATION | ) |
| AND NURSING CENTER, et al., | ) |
| | ) |
| Defendants. | ) |

CIVIL ACTION NO.
5:05-CV0380

## ORDER

The United States, having declined to intervene in this action pursuant to the False

Claims Act, 31 U.S.C. § 3730(b)(4)(B), and upon consideration of the qui tam provisions of the

False Claims Act, 31 U.S.C. §§ 3729-3733, it is hereby

**ORDERED** that the relators' Complaint shall be unsealed, and the relators shall serve the

Complaint upon defendants; and it is

**FURTHER ORDERED** that all other contents of the Court's file in this action shall

remain under seal and shall not be made public or served upon the defendants, *except* for this

Order and the United States' Notice of Election to Decline Intervention, which the relators will

serve upon the defendants only after service of the Complaint; and it is

**FURTHER ORDERED** that the seal shall be lifted as to all other matters occurring in

this action after the date of this Order; and it is

4

**FURTHER ORDERED** that the parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3).  The United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time; and it is

**FURTHER ORDERED** that all orders of this Court shall be sent to counsel for the United States; and it is

**FURTHER ORDERED** that, should the relators or the defendants propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States before ruling or granting its approval.

**SO ORDERED** this _25_ day of April 2008.

HUGH LAWSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT